*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 10, 2016                521743
_____

In the Matter of JAMES R.
    MERCER JR.,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

DAVID STALLONE, as
    Superintendent of Cayuga
    Correctional Facility,
                    Respondent.
_____

Calendar Date:  January 19, 2016

Before:  McCarthy, J.P., Lynch, Devine and Clark, JJ.

                        _____


        James R. Mercer Jr., Collins, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.


                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier II disciplinary determination finding him
guilty of violating a prison disciplinary rule.  The Attorney
General has advised this Court that the disciplinary
determination has been administratively reversed, all references
thereto have been expunged from petitioner's institutional record
and the mandatory $5 surcharge has been refunded to petitioner's
inmate account.  In view of this, and given that petitioner has
received all of the relief to which he is entitled, the petition

is dismissed as moot (see <u>Matter of Rizzuto v Prack</u>, 134 AD3d 1263, 1263 [2015]; <u>Matter of Warmus v Kaplan</u>, 133 AD3d 1026, 1027 [2015]).

McCarthy, J.P., Lynch, Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court